UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERRI ADAMS, *et al.*,<br><br>                Plaintiffs,<br>vs.<br><br>WYZE LABS, INC.,<br><br>                Defendant. | No. 2:20-cv-00370-RSM<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT WYZE LABS, INC. TO RESPOND TO COMPLAINT |

This matter comes before the Court on the stipulation of plaintiffs and defendant Wyze Labs, Inc. ("Wyze") to extend to May 4, 2020 Wyze's deadline to respond to plaintiffs' complaint. The Court, having thoroughly considered the parties' stipulation, the applicable law, and the relevant portions of the record, GRANTS the stipulation and sets May 4, 2020 as Wyze's deadline to respond to plaintiffs' complaint.

DATED this 26th day of March 2020.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATION TO EXTEND DEADLINE
(No. 2:20-cv-00370-RSM) – 1

147657851

Presented by:

s/ Eric J. Weiss
_____
Eric J. Weiss, WSBA No. 44807
Ryan Spear, WSBA No. 39974
Mallory Gitt Webster, WSBA No. 50025

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
Email: EWeiss@perkinscoie.com
Email: RSpear@perkinscoie.com
Email: MWebster@perkinscoie.com

*Attorneys for Defendant Wyze Labs, Inc.*

Approved as to form by:

s/ Eric J. Weiss (with permission)
_____
Matthew J. Ide, WSBA No. 26002

**Ide Law Office**
7900 SE 28th Street, Suite 500
Mercer Island, WA 98040
Phone: 206.625.1326
Fax: 206.622.0909
Email: mjide@yahoo.com

Gary E. Mason (*pro hac vice*)
David Lietz
**Mason Lietz & Klinger LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Phone: 202.429.2290
Email: gmason@masonllp.com
Email: dlietz@masonllp.com

Gary M. Klinger (*pro hac vice*)
**Mason Lietz & Klinger LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 312.283.3814
Email: gklinger@masonllp.com

ORDER GRANTING STIPULATION TO
EXTEND DEADLINE
(No. 2:20-cv-00370-RSM) – 2

147657851

| | |
|---|---|
| 1 | Charles E. Schaffer (*pro hac vice*) |
| 2 | David C. Magagna, Jr. (*pro hac vice*)<br>**Levin Sedran & Berman LLP** |
| 3 | 510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 |
| 4 | Phone: 215.592.1500<br>Fax: 215.592.4663 |
| 5 | Email: cschaffer@lfsblaw.com<br>Email: dmagagna@lfsblaw.com |
| 6 | Jeffrey S. Goldenberg (*pro hac vice*) |
| 7 | Todd B. Naylor (*pro hac vice*)<br>**Goldenberg Schneider, L.P.A.** |
| 8 | One West 4th Street, 18th Floor<br>Cincinnati, Ohio 45202-3604 |
| 9 | Phone: 513.345.8291<br>Fax: 513.345.8294 |
| 10 | Email: jgoldenberg@gs-legal.com<br>Email: tnaylor@gs-legal.com |
| 11 | *Attorneys for Plaintiffs* |