# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IN RE: WYZE<br>DATA INCIDENT LITIGATION | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-0282-JCC |

\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff's complaint is DISMISSED without prejudice.

    DATED this 26th day of October 2020.

                                                   WILLIAM M. MCCOOL<br>                                                   Clerk of Court

                                                   /s/ *Tomas Hernandez*<br>                                                   Deputy Clerk