THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br>WYZE DATA INCIDENT LITIGATION | CASE NO. C20-0282-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On April 17, 2000, the Court granted the parties' motion to consolidate this action with *Adams v. Wyze Labs, Inc.*, Case No. C20-0370-JCC (W.D. Wash. 2020). (Dkt. No. 19.) The Court administratively terminated Case No. C20-0370-JCC on that date. No further filings should have been made to Case No. C20-0370-JCC, yet Defendant later filed its consolidated motion to dismiss in both case numbers. The Court granted dismissal and issued judgment October 26, 2020. (Dkt. No. 49.) The Clerk is DIRECTED to terminate all outstanding motions in Case No. C20-0370-JCC. There should be no further filings in that case.

//

//

MINUTE ORDER
C20-0282-JCC
PAGE - 1

1   DATED this 9th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0282-JCC
PAGE - 2